IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICKY A. JONES, JR.                                                                                      PLAINTIFF

v.                                              Civil No. 6:19-cv-6068

K. SMITH and SERGEANT
MCCLARD                                                                                                DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 30, 2019, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Marschewski recommends that the Court dismiss Plaintiff Ricky A. Jones' complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to obey a court order and for failure to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge